ERIC GRANT
United States Attorney
ZACHARY MALINSKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:26-cr-00010-JAM |
| Plaintiff, | **STIPULATION AND ORDER SETTING STATUS CONFERENCE AND EXCLUDE TIME** |
| v. | |
| CARLOS ANDREW DOMINGUEZ, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By this stipulation, defendant now moves to continue the status conference until **March 10, 2026, at 09:00 a.m.**, and to exclude time between January 29, 2026, and March 10, 2026, under Local Code T4.

2.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes investigative reports, notes, and digital and forensic data from a phone download. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for defendant desires additional time consult with her client, conduct

investigation, review the current charges and discovery, and otherwise prepare for trial.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 29, 2026 to March 10, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

2

3.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 29, 2026                    ERIC GRANT
                                            United States Attorney


                                            /s/ *ZACHARY MALINSKI*
                                            ZACHARY MALINSKI
                                            Assistant United States Attorney


Dated:  January 29, 2026                    /s/ *NOA OREN*
                                            NOA OREN
                                            Counsel for Defendant
                                            CARLOS ANDREW
                                            DOMINGUEZ


## ORDER

IT IS SO ORDERED.


Dated: January 30, 2026

                                            JOHN A. MENDEZ,
                                            SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT