HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
CARLOS DOMINGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:26-CR-00010-JAM |
| Plaintiff, | STIPULATION FOR TEMPORARY MODIFICATION OF CONDITIONS OF PRETRIAL RELEASE; [~~PROPOSED~~] ORDER |
| vs. | |
| CARLOS DOMINGUEZ, | Hon.  ALLISON CLAIRE |
| Defendant. | |

The defendant, CARLOS DOMINGUEZ, by and through his attorney of record, Assistant Federal Defender Noa Oren, and the UNITED STATES, by and through its attorney of record, Zachary Malinski, hereby stipulate to and request an order from this Court temporarily modifying the conditions of Mr. Dominguez's detention to permit him to attend a meeting at the Federal Defender Office, in Sacramento, CA, on July 22, 2026.  The parties request temporary release on July 22, 2026, from Yuba County Jail for the hours of 8:00 a.m.- 10:00 p.m.

Mr. Dominguez will be released to Federal Defender staff to be taken to the Federal Defender Office and then Federal Defender Staff will return him to Yuba County jail.  Mr. Dominguez will be with Federal Defender staff during the entirety of his 14-hour release.

////

////

////

////

Stipulation for Temporary Modification of
Conditions of Pretrial Release; [Proposed] Order

Respectfully submitted,

DATED: June 9, 2026                    HEATHER E. WILLIAMS
                                       Federal Defender

                                       */s/ Noa Oren*
                                       NOA OREN
                                       Assistant Federal Defender
                                       Attorney for CARLOS DOMINGUEZ


DATED: June 9, 2026                    ERIC GRANT
                                       UNITED STATES ATTORNEY

                                       */s/ Zachary Malinski*
                                       ZACHARY MALINSKI
                                       Assistant United States Attorney
                                       Attorney for the United States

Stipulation for Temporary Modification of
Conditions of Pretrial Release; [Proposed] Order

### [PROPOSED] ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the Special Conditions of Release for defendant, CARLOS DOMINGUEZ, be Temporarily Amended such that he is permitted to attend a meeting at the Federal Defender Office on July 22, 2026. He is to be released from the custody of Yuba County Jail to the custody of Federal Defender staff on July 22, 2026 at 8:00 a.m. and to be returned the same day by 10:00 p.m.

The Temporary Amended Special Condition of Release is hereby adopted.

DATED: June 9, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stipulation for Temporary Modification of
Conditions of Pretrial Release; [Proposed] Order