UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CARLOS ANDREW DOMINGUEZ,

Defendant.

Case No.  2:26-cr-00010-JAM

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  CARLOS ANDREW DOMINGUEZ

, Case No. 2:26-cr-00010-JAM , Charge 18 USC § 2252(a)(2), from custody for the

following reasons:

_____    Release on Personal Recognizance

_____    Bail Posted in the Sum of $ _____

           _____    Unsecured Appearance Bond $ _____

           _____    Appearance Bond with 10% Deposit

           _____    Appearance Bond with Surety

           _____    Corporate Surety Bail Bond

           _____    (Other): The defendant to be released to the custody of Federal

    X      Defender staff on 07/22/2026 at 8:00 AM and to be returned by

           _____    07/22/2026 at 10:00 PM.

Issued at Sacramento, California on 06/09/2026 at 12:00 PM.

By: _____

Magistrate Judge Allison Claire