\HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
CARLOS ANDREW DOMINGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>CARLOS ANDREW DOMINGUEZ,<br><br>        Defendant. | Case No.   2:26-cr-00010-JAM<br><br>**SECOND STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>DATE:   June 30, 2026<br>TIME:    9:00 a.m.<br>JUDGE: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, U.S. Attorney, Eric Grant, through Assistant United States Attorney Zachary Malinski, attorney for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Noa E. Oren, attorney for defendant CARLOS ANDREW DOMINGUEZ, that the previously scheduled status conference date of June 30, 2026, be continued to **September 22, 2026**, at 9:00 a.m. The reason for the continuance is that defense counsel needs additional time to review case materials with her client, conduct follow up investigation and continue further defense preparation.

The parties agree the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, as well as continuity of counsel.  The parties agree that the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The parties request the time up to and including September 22, 2026, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) and General Order 479, (Local Code T4).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 11, 2026

*/s/ Noa E. Oren*
NOA E. OREN
Assistant Federal Defender
Attorney for Defendant
CARLOS ANDREW DOMINGUEZ

Date: June 11, 2026

ERIC GRANT
United States Attorney

*/s/ Zachary Malinski*
ZACHARY MALINSKI
Assistant U.S. Attorneys
Attorneys for Plaintiff

Stipulation and Order to Continue Status Conference                    -2-

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, as well as continuity of counsel.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including September 22, 2026, shall be **excluded** from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) and General Order 479, (Local Code T4). It is further ordered the June 30, 2026 status conference shall be **CONTINUED** until **September 22, 2026, at 9:00 a.m.**

**IT IS SO ORDERED.**

Dated: June 11, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

Stipulation and Order to Continue Status Conference                    -3-