HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916)498-5710
Noa_Oren@fd.org

Attorneys for Defendant
CARLOS DOMINGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS ANDREW DOMINGUEZ,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:26-cr-00010-JAM<br><br>**SEALING ORDER**<br><br>Judge: Hon. John A. Mendez |

**IT IS HEREBY ORDERED** that the documents pertaining to Defendant's Request to Seal shall be **SEALED** until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to counsel for the defendant and Government counsel.

Dated: November 25, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE